UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRYCE HILL,<br><br>　　　　　　　　Defendant. | Case No. 23-10 BAT<br><br>DETENTION ORDER |

Mr. Hill is charged with conspiracy to distribute controlled substances, 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(ii), 841(b)(1)(A)(vi), 841(b)(1)(A)(viii) and 846, in the Western District of Pennsylvania. The Court held a detention hearing on February 8, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Hill poses a risk of nonappearance based on lack of ties to the jurisdiction and prior warrants for failing to appear in his criminal history.
2. Mr. Hill poses a risk of danger based on the nature of the charges against him as well as allegation of threats of violence by Mr. Hill including harming children.

DETENTION ORDER - 1

3. Based on these findings, and for the reasons stated on the record, there are no conditions or combination of conditions other than detention that will reasonably assure the appearance of Mr. Hill as required or ensure the safety of the community, pending his initial appearance in the Western District of Pennsylvania.

IT IS THEREFORE ORDERED:

(1) Mr. Hill shall be detained pending initial appearance in the Western District of Pennsylvania and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Hill shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Hill is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Hill, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 8th day of February, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2